# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-2902

_____

CITY OF ORLANDO and RELATION
INSURANCE SERVICES,

   Appellants,

   v.

JOHN BEST,

   Appellee.

_____

On appeal from an order of the Judge of Compensation Claims.
Neal P. Pitts, Judge.

Date of Accident: November 23, 2011.

April 15, 2019

PER CURIAM.

   AFFIRMED.

B.L. THOMAS, C.J., and LEWIS and ROBERTS, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Kristen L. Magana of Broussard, Cullen & Blastic, P.A., Orlando, for Appellants.

Lawrence H. Hornsby of Hornsby Law, Winter Park, and Wendy S. Loquasto of Fox & Loquasto, LLC, Tallahassee, for Appellee.